**Order entered May 14, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00386-CR
### No. 05-20-00416-CR

**BASHON ANTHONY SHULER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1831754-J & F-1831753-J**

### ORDER

Before the Court is the State's May 13, 2021 second motion for extension of time to file its brief. We **GRANT** the State's motion, and **ORDER** the brief received by the Court on May 13, 2021 filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE